Gotham Music Service, Inc., and Mills Music, Inc., Respondents, v. Denton and Haskins Music Publishing Co., Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Eugenia B. McCreery, Respondent, v. Earl William McCreery, Appellant.— Order modified by reducing alimony to the sum of $125 a month, and counsel fee to the sum of $250, such reduction of alimony being upon condition that the defendant continue to pay the rent each month, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Moe Levy & Son, Inc., and Another, Respondents, v. Robert Jacobson and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. In view of the agreement by counsel for both parties that there should be an immediate trial of this action, they are directed to consent to a trial of the issues therein within fifteen days from service of order. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Achille L. Chapuis, Appellant, v. Angela Chapuis, Respondent.— Order modified by reducing counsel fee to the sum of $200, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Conlew, Inc., Respondent, v. Jumping Brook Country Club and Others, Defendants, Impleaded with Arthur Greenbaum and Others, Appellants.— Order modified by granting motion as to items 1, 2, 3 and 4, in the notice of motion, and denying the same as to item 5, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Benjamin Weiner v. E. Palmer Burnham and Others. Lillian C. Trueg v. Benjamin Weiner.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Eugenia B. McCreery v. Earl William McCreery.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Hugh Hemingway v. Elizabeth Mackenzie.— Motion denied, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Sam Markman v. Indemnity Insurance Company of North America, a Pennsylvania Corporation.— Motion denied, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Angela Pappadopoulo, on Behalf of Herself and All Other Stockholders of Amalgamated Carpet Company, Ltd., Similarly Situated, v. Amalgamated Carpet Company, Ltd., and Others, Impleaded with Eugene A. Manning and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

James T. Cavanagh, as President of Local Union No. 585 of New York City of the United Brotherhood of Carpenters and Joiners of America, v. Lincoln Jose and Others, Impleaded, etc.— Motion granted so far as to stay proceedings under order pending appeal, and in other respects denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.